No. 81–389. UNION LABOR LIFE INSURANCE CO. *v.* PIRENO; and

No. 81–390. NEW YORK STATE CHIROPRACTIC ASSN. *v.* PIRENO. C. A. 2d Cir. [Certiorari granted, 454 U. S. 1052.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Arizona et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied. Motion of petitioner in No. 81–390 to reconsider order denying divided argument denied.

No. 81–406. MISSISSIPPI UNIVERSITY FOR WOMEN ET AL. *v.* HOGAN. C. A. 5th Cir. [Certiorari granted, 454 U. S. 962.] Motion of petitioners for leave to file reply brief out of time granted.

No. 81–750. FIDELITY FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* DE LA CUESTA ET AL. Ct. App. Cal., 4th App. Dist. [Probable jurisdiction noted, *ante,* p. 917.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 81–825. PILLSBURY CO. ET AL. *v.* CONBOY. C. A. 7th Cir. [Certiorari granted, 454 U. S. 1141.] Motion of Mead Corp. for leave to file a brief as *amicus curiae* granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 81–1374. BLUM, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES *v.* STENSON. C. A. 2d Cir. Motion of respondent Ellen Stenson for leave to proceed *in forma pauperis* granted.

No. 81–5152. TAYLOR *v.* ALABAMA. Sup. Ct. Ala. [Certiorari granted, 454 U. S. 963.] Motion of petitioner for leave to file reply brief out of time granted.